Case No. 2-22-02017

# CERTIFICATE OF SERVICE

I, Gini L. Downing (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Horizon Medicines<br>150 S. Saunders Road<br>Lake Forest, IL 60045 | Horizon Therapeutics USA, Inc.<br>f/k/a Horizon Pharma USA, Inc.<br>Attn: Ronald E. Gold<br>301 E. Fourth St., Ste. 3300<br>Cincinnati, OH 45202 | Horizon Therapeutics USA, Inc.<br>f/k/a Horizon Pharma USA, Inc.<br>Nelson Alexander, Sr VP, Legal-Lit<br>150 S. Saunders Rd.<br>Lake Forest, IL 60045 |
| Horizon Medicines LLC<br>Attn: Andreea Kellis<br>29667 Network Place<br>Chicago, IL 60673-1296 | Horizon Medicines LLC<br>Attn: Andreea Kellis<br>29667 Network Place<br>Chicago, IL 60673-1296 | |

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

| | | |
|---|---|---|
| Horizon Medicines LLC<br>Attn: Andreea Kellis<br>29667 Network Place<br>Chicago, IL 60673-1296 | Horizon Medicines LLC<br>Attn: Timothy Walbert, President and CEO<br>308 Courtland Ave.<br>Park Ridge, IL 60068 | Corporation Service Company,<br>R/A for Horizon Medicines LLC<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Horizon Therapeutics USA Inc.<br>(f/k/a Horizon Pharma USA Inc.)<br>Attm: Tim Walbert, Chairman, Pres and CEO<br>1 Horizon Way<br>Deerfield, IL 60015 | Horizon Pharma USA Inc.<br>Attm: Tim Walbert, Chairman, President and CEO<br>1 Horizon Way<br>Deerfield, IL 60015 | Corporation Service Company,<br>R/A for Horizon Therapeutics USA Inc.<br>(f/k/a Horizon Pharma USA Inc.)<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Corporation Service Company,<br>R/A for Horizon Pharma USA Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature    /s/ Gini L. Downing

Print Name:    Gini L. Downing
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:    Los Angeles, CA 90067



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Horizon Medicines LLC
Attn: Andreea Kellis
29667 Network Place
Chicago, IL 60673-1296

9590 9402 3367 7227 2903 76

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8039

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 08 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Horizon Therapeutics USA Inc.
(f/k/a Horizon Pharma USA Inc.)
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 3367 7227 2903 21

2. Article Number (Transfer from service label)

7017 2400 0000 3985 7988

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Paul Sisofo
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Paul Sisofo

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Horizon Therapeutics USA Inc.
(f/k/a Horizon Pharma USA Inc.)
Attn: Tim Walbert, Chairman, Pres and CEO
1 Horizon Way
Deerfield, IL 60015

9590 9402 3367 7227 2903 38

2. Article Number (Transfer from service label)

7017 2400 0000 3985 7995

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Lopez
C. Date of Delivery: 2-14-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Horizon Pharma USA Inc.
Attn: Tim Walbert, Chairman, President and CEO
1 Horizon Way
Deerfield, IL 60015

9590 9402 3367 7227 2903 45

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): R. Lopez
C. Date of Delivery: 2-14-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

## Certified Mail Return Receipt #1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Horizon Medicines LLC
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 3367 7227 2903 52

2. Article Number (Transfer from service label)

   7017 2400 0000 3985 8015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Paul Sisofo — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Paul Sisofo
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

## Certified Mail Return Receipt #2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Horizon Pharma USA Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 3367 7227 2903 14

2. Article Number (Transfer from service label)

   7017 2400 0000 3985 7971

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Paul Sisofo — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt